AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

2019 DEC -4  AM 8: 20

U.S. MARSHALS RECEIVED NOV 2 0 2019 SAN ANTONIO, TX ENFORCEMENT SECTION

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Daniel Lee Ogorzolka | ) | Case No.   SA-19-CR-840-DAE |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Daniel Lee Ogorzolka                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:USC 2252A (a)(2): Receipt of Child Pornography
18:USC 2252A (a)(5)(B): Possession of Child Pornography
18:USC 2252A (a)(5)(B): Possession of Child Pornography

Date:     11/20/2019

*Issuing officer's signature*

City and state:   San Antonio, Texas

Breanna Coldewey U.S. Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/20/2019 , and the person was arrested on *(date)* 11/26/2019 at *(city and state)* San Antonio, Tx . |

Date: 11/27/2019

HSI
*Arresting officer's signature*

J. Johnston USMS IA
*Printed name and title*