United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Daniel Lee Ogorzolka,<br>    Defendant,<br><br>and<br><br>Academy Bank,<br>    Garnishee. | Case No. SA-19-CR-00840-DAE(1) |

## Motion to Unseal Garnishment Documents

COMES NOW the United States of America and files this Motion to Unseal Garnishment Documents.  In support hereof, Plaintiff shows as follows:

The Garnishee Generations Federal Credit Union, has been served with the writ of garnishment.  It is no longer necessary for these proceedings to be sealed.  The United States of America therefore moves this Court to unseal the following documents:

- Government's Motion to Seal Garnishment Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other documents filed pertaining to this garnishment proceeding.

        Respectfully submitted,

        JAIME ESPARZA
        UNITED STATES ATTORNEY

By:  /s/ *Warren R. Kaufman*
        **WARREN R. KAUFMAN**
        Assistant United States Attorney
        Texas Bar No. 11117350
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Telephone: (210) 384-7266
        Facsimile: (210) 384-7247
        E-mail: Warren.Kaufman@usdoj.gov

        ATTORNEY FOR THE UNITED STATES

## **Certificate of Service**

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Academy Bank<br>Attn: Janytte Noda<br>Support Supervisor<br>1111 Main Street, Suite 200<br>Kansas City, Missouri 64105<br>***Garnishee*** | Daniel Lee Ogorzolka<br>c/o Molly Lizbeth Roth<br>Federal Public Defender's Office<br>727 E. Cesar E. Chavez Blvd., Room B-207<br>San Antonio, Texas 78206<br>***Attorney for Defendant*** |

        /s/ *Warren R. Kaufman*
        **WARREN R. KAUFMANN**
        Assistant United States Attorney