|  |  |
|---|---|
| United States District Court<br>Western District of Texas<br>San Antonio Division | **FILED**<br>February 28, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____ps_____<br>DEPUTY |

United States of America,
    Plaintiff,

v.                       Case No. SA-19-CR-00840-DAE(1)

Daniel Lee Ogorzolka,
    Defendant,

and

Academy Bank,
    Garnishee.

### Order Unsealing Documents

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because garnishee to this garnishment proceeding has been noticed with the writ. The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Notice of Appearance;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

DATED: 02/28/2023

DAVID A. EZRA
CHIEF UNITED STATES DISTRICT JUDGE